AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Massachusetts

Andrew Chmielinski

v.

Comm. of Massachusetts
Office of the Commissioner
of Probation, et. al.

FILED
CLERK'S OFFICE

2005 SEP 27 P 3:25

SUMMONS IN A CIVIL CA
DISTRICT OF MASS.

CASE NUMBER: 05 11418 NMG

TO: (Name and address of Defendant)

Commonwealth of Massachusetts Trial Court
Two Center Plaza
Ste 540
Boston, MA 07108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and ess)

Mitchell Notis, Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within _20_ days after servi  of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ag   t you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a   sonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUL 0 6 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

**COMMONWEALTH OF MASSACHUSETTS**
**United States District Court, District of Massachusetts**
**Docket/Case No: 05 11418 NMG**

I hereby certify and return that today, August 24, 2005, at 1:00 PM, I served a true and attested copy of the within Summo[ns t]ogether with a copy of the Complaint in this action upon the within named Commonwealth of Massachusetts Trial Court, by giving [to] and to John Burke, Acting Chief Counsel and, Agent in Charge. Said service was effected at: Commonwealth of Massachusetts [Trial] Court, Two Center Plaza, Suite 540, Boston, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 24, 2005.

*[signature]*
**Barbara L. BeDugnis**, Constable
& Disinterested Person over Age 18.     Total Fees: Total Price: $36.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing informat[ion] contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                        Signature of Server

                              _____
                                   Address of Server

*[handwritten notes: 8/24/05, John Burke, Acting Chief Counsel, 742-8383]*

*[handwritten margin note: Comm. of MA Trial Court, Two Center Plaza, Ste. 540]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.