AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Andrew Chmielinski

v.

Comm. of Massachusetts
Office of the Commissioner
of Probation, et.al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 11418 NMG**

FILED
CLERKS OFFICE
2005 SEP 27 P 3:25
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Commonwealth of Massachusetts Office of the
Commissioner of Probation
One Ashburton Place - Room 405
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   JUL 0 6 2005

CLERK                                               DATE

(By) DEPUTY CLERK

COMMONWEALTH OF MASSACHUSETTS
United States District Court, District of Massachusetts
Docket/Case No: 05 11418 NMG

I hereby certify and return that today, August 24, 2005, at 1:10 PM, I served a true and attested copy of the within Summon[s] [to]gether with a copy of the Complaint in this action upon the within named Commonwealth of Massachusetts Office of the Commissi[one]r of Probation, by giving in hand to Mary Walsh, Agent in Charge. Said service was effected at: One Ashburton Place, Room 4[0, B]oston, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 24, 2005.

*Barbara L. BeDugnis*, Constable
& Disinterested Person over Age 18.    Total Fees: Total Price: $36.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing informat[ion] contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

                               _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.