AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Andrew Chmielinski

v.

Comm. of Massachusetts
Office of the Commissioner
of Probation, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-11418 NMG

TO: (Name and address of Defendant)

John J. O'Brien
45 Cliff Street
Quincy, MA 02169

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE    JUL 0 6 2005

(By) DEPUTY CLERK

# COMMONWEALTH OF MASSACHUSETTS
## United States District Court, District of Massachusetts
### Docket/Case No: 05 11418 NMG

I hereby certify and return that today, September 6, 2005, at 12:00 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named John J. O'Brien, by leaving said copies at 45 [illegible] Street, Quincy, MA 02169 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named John J. O'Brien, at 45 Cliff Street, Quincy, MA 02169.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 6, 2005.

*[signature: Barbara L. BeDugnis]*

**Barbara L. BeDugnis**, Process Server
& Disinterested Person over Age 18.    Total Fees: $45.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston, MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax