AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Andrew Chmielinski

v.

Comm. of Massachusetts
Office of the Commissioner
of Probation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11418 NMG

TO: (Name and address of Defendant)

Attorney General of The Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE: JUL 0 6 2005

CLERK

(By) DEPUTY CLERK

COMMONWEALTH OF MASSACHUSETTS
United States District Court, District of Massachusetts
Docket/Case No: 05 11418 NMG

I hereby certify and return that today, August 24, 2005, at 1:18 PM, I served a true and attested copy of the within Summor :gether with a copy of the Complaint in this action upon the within named Attorney General of the Commonwealth of Massachusett y giving in hand to Christine Wilson, Receptionist and Agent in Charge. Said service was effected at: Attorney General of the Comr wealth of Massachusetts, One Ashburton Place, 20th Floor, Boston, MA 02108.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 24, 2005.

*[signature: Barbara L. BeDugnis]*

**Barbara L. BeDugnis**, Constable
& Disinterested Person over Age 18.    Total Fees: Total Price: $36.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston, MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing informat contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                  *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.