AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Andrew Chmielinski

v.

Commonwealth of Massachusetts Office of the Commissioner of Probation, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11418 NMG

2005 SEP 27 P 3:24

TO: (Name and address of Defendant)

Anthony Sicuso
33 Teresa Road
Hopkinton, MA 01748

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUL 0 6 2005

**COMMONWEALTH OF MASSACHUSETTS**
United States District Court, District of Massachusetts
Docket/Case No: 05 11418 NMG

I hereby certify and return that today, August 23, 2005, at 6:10 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Anthony Sicuso, by leaving said copies at 33 Teresa Road, Hopkinton, MA *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Anthony Sicuso, at 33 Teresa Road, Hopkinton, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 23, 2005.

*Elizabeth Lee Fuller*

**Elizabeth Lee Fuller**, Process Server
& Disinterested Person over Age 18.    Total Fees: $58.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                    Signature of Server

                                 _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.