UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW CHMIELINSKI<br>    Plaintiff,<br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>OFFICE OF THE COMMISSIONER OF<br>PROBATION and COMMONWEALTH OF<br>MASSACHUSETTS TRIAL COURT and<br>JOHN J. O'BRIEN, INDIVIDUALLY and<br>ANTHONY J. SICUSO, INDIVIDUALLY,<br>    Defendants. | CIVIL ACTION<br>05-11418-NMG |

## CERTIFICATION UNDER LOCAL RULE 16.1

Defendants the COMMONWEALTH OF MASSACHUSETTS TRIAL COURT, JOHN J. OBRIEN, and ANTHONY SICUSO certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

Defendants,

  /s/
Massachusetts Dept. of the Trial Court

  /s/
John J. O'Brien

  /s/
Anthony J. Sicuso

Dated: January 18, 2006

  /s /
Stephen Dick BBO #560508
Assistant Attorney General
Trial Division/Gov't. Bureau
1 Ashburton Place
Boston MA 02108
(617) 727-2200 x3324
fax 617-727-2076

H:\AG\1 TRIAL\Chmielinski\16-1 Certificate.wpd

**CERTIFICATE OF SERVICE**

    I certify that a true copy of the above **Notice of Appearance** was served upon Plaintiff's counsel by first-class mail addressed to Mitchell J. Notis, Esq., Law Office of Mitchell J. Notis, 370 Washington Street, Brookline MA 02445, on August 30, 2005.

_____

Stephen Dick

(3) certifications signed by counsel and by an authorized representative of each party affirming that each party and that party's counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course —— and various alternative courses —— of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4