UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-CA-11418-NMG

| | |
|---|---|
| ANDREW CHMIELINSKI, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMONWEALTH OF MASSACHUSETTS | ) |
| OFFICE OF THE COMMISSIONER OF | ) |
| PROBATION, COMMONWEALTH OF | ) |
| MASSACHUSETTS TRIAL COURT, JOHN J. | ) |
| O'BRIEN, individually, and ANTHONY J. | ) |
| SICUSO, individually, | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF APPEARANCE

**To The Clerk Of The Above-Named Court:**

Please substitute my appearance as counsel for the defendants in the above-entitled action. Steven Dick, who had served as counsel for the defendants, is currently on leave from the Attorney General's Office.

        COMMONWEALTH OF MASSACHUSETTS
        OFFICE OF THE COMMISSIONER OF
        PROBATION, COMMONWEATLH OF
        MASSACHUSETTS TRIAL COURT, JOHN J.
        O'BRIEN, individually, and ANTHONY J.
        SICUSO, individually,

        By their attorneys,
        THOMAS F. REILLY
        ATTORNEY GENERAL
        /s/ Sarah M. Joss_____
        Sarah M. Joss, BBO #651856
        Assistant Attorney General
        Trial Division
        One Ashburton Place
        Boston, Massachusetts   02108

Dated:  August 18, 2006        (617) 727-2200 x2081

2

## CERTIFICATE OF SERVICE

     I, Sarah M. Joss, Assistant Attorney General, hereby certify that I have this date, August 18, 2006, served the foregoing document upon the parties by mailing a copy first class, postage prepaid mail to: Mitchell J. Notis, Esq., Annenberg & Levine, LLC, 370 Washington Street, Brookline, MA 02446.

                        /s/ Sarah M. Joss_____
                        Sarah M. Joss