UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11418-NMG
_____

**ANDREW CHMIELINSKI**
**Plaintiff**

v.

**COMMONWEALTH OF MASSACHUSETTS**
**OFFICE OF THE COMMISSIONER OF PROBATION**
**and COMMONWEALTH OF MASSACHUSETTS**
**TRIAL COURT and JOHN J. O'BRIEN, INDIVIDUALLY**
**and ANTHONY J. SICUSO, INDIVIDUALLY**
**Defendants**

_____

**NOTICE OF APPEAL**

    Plaintiff Andrew Chmielinski hereby files this notice of appeal from the Order entered on March 22, 2007 in this action granting the Motion to Dismiss of Defendant Commonwealth of Massachusetts Office of the Commissioner of Probation, granting the Motion to Dismiss of Defendant Commonwealth of Massachusetts Trial Court, granting the Motion to Dismiss of Defendant John J. O'Brien, Individually, and granting the Motion to Dismiss of Defendant Anthony J. Sicuso, Individually. This appeal is taken to the United States Court of Appeals for the First Circuit.

                                        Andrew Chmielinski
                                        By his attorney,
                                        MITCHELL J. NOTIS

                                        /s/ Mitchell J. Notis

                                        _____

                                        MITCHELL J. NOTIS
                                        Law Office of Mitchell J. Notis
                                        370 Washington Street
                                        Brookline, Massachusetts 02445
                                        617-566-2700
                                        BBO# 374360

**CERTIFICATE OF SERVICE**

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 12th day of April, 2007.

/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700