# United States Court of Appeals
## For the First Circuit

USDC MA
Gorton, N

# MANDATE

No. 07-1652

ANDREW CHMIELINSKI,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS OFFICE OF THE COMMISSIONER OF PROBATION; COMMONWEALTH OF MASSACHUSETTS TRIAL COURT; JOHN J. O'BRIEN, Individually; ANTHONY R. SICUSO, Individually,

Defendants, Appellees.

---

**JUDGMENT**

Entered: January 22, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/13/08

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Notis and Ms. Ross.]